CHARLOTTE DONCOURT, Appellant, *v.* KENNETH DONCOURT, Respondent.

Argued June 2, 1937; decided July 13, 1937.

*Julian T. Abeles, L. Lawrence Green* and *Leopold Bleich* for appellant.

*Almet R. Latson, Jr.*, for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.